OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

UNITED STATES POSTAGE
PITNEY BOWES

02 1R
0006557458    MAR 26 2015
$ 00.26⁵

MAILED FROM ZIP CODE 78701

3/25/2015

OLTMAN, RONALD KEITH    Tr. Ct. No. 1364712-A    WR-82,840-01

This is to advise that the Court has denied without written order the application for writ of habeas corpus on the findings of the trial court without a hearing.

Abel Acosta, Clerk

RETURN TO
RELEASED FROM
HARRIS COUNTY SHERIFF

RONALD KEITH OLTMAN
HARRIS COUNTY JAIL